IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                               CASE NO. 1:03-cr-00051-MP

PRINCE ALBERT REID,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 35, Motion for Early Termination of Supervised Release filed by Defendant Prince Albert Reid. Under 18 U.S.C. § 3583(e)(1), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice . . . ."

Defendant's term of supervision commenced on July 13, 2007 and is scheduled to expire on July 12, 2012. Defendant lives in Miramar, Florida and reports to the United States Probation Office in the Southern District of Florida. Consideration for early termination in the Southern District of Florida requires the Probation Office to clearly identify documented unusual circumstances or hardships upon the life of the individual before making a favorable recommendation to the Court. Defendant is seeking an early termination based merely on compliance with the sentence imposed by the Court. Defendant's Probation Officer recommends that the Motion for Early Termination of Supervised Release be denied for failure to identify any exceptional circumstances warranting early termination. The Court agrees. Accordingly it is

**ORDERED AND ADJUDGED:**

1. Defendant's Motion for Early Termination of Supervised Release, Doc. 35, is DENIED.

**DONE AND ORDERED** this  *14th* day of January, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge